**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| IN RE: : | CHAPTER 7 |
| MIKA SIEKKELI : | CASE NO. 10-50844 (JAM) |
| Debtor : | NOVEMBER 2, 2016 |

## AMENDED MOTION TO ENFORCE ORDER OF CIVIL CONTEMPT

Ronald I. Chorches (the "Trustee"), the chapter 7 trustee for the estate of Mika Siekkeli (the "Debtor") hereby moves this Court for an order enforcing the Order of Civil Contempt (ECF #64) and represents as follows:

1. On October 15, 2010, the Court (Schiff, J.) issued an order appointing Paul G. Vesnaver as special counsel to the estate to pursue an action pending in New York known as Mika P. Siekkeli v. Mark Mariani, Inc. and Mark Varley (the "State Court Action").

2. As more fully detailed in the Trustee's Motion for Order Directing Attorney Paul G. Vesnaver to Appear Before the Court (ECF #50) (the "Motion to Compel"), Mr. Vesnaver engaged in activities detrimental to the estate; chief among these was the use of a non-attorney to appear at a hearing on January 8, 2015.

3. After proper notice and a hearing on the Motion to Compel, the Court (Trust, J.) issued the Order of Civil Contempt on August 29, 2016. Said Order imposed a fine of $100 per day against Mr. Vesnaver, commencing August 19, 2016, and continuing until he satisfied the requirements of this Court's prior orders.

4. The Order of Civil Contempt, further, directed that the Trustee "shall file a letter with this Court advising whether Vesnaver has completely complied with the [Court's orders] [and] such letter shall be filed no later than ten (10) business days after complete compliance has been accomplished and shall specify the date upon which complete compliance was

accomplished, at which time the Court shall enter a money judgment against Vesnaver for the Civil Contempt Fine. . . ."

5. Amongst other things, pursuant to the Order of Civil Contempt, Mr. Vesnaver was required to supply to the Trustee evidence of his professional liability insurance policies for several years as referenced in his affidavit (ECF #21).

6. On September 19, 2016, an examination of Mr. Vesnaver pursuant to Fed. R. Bankr. P. 2004 was held at the Law Office of Richard E. Lerner, P.C. in New York, New York (the "2004 Exam").

7. Prior to the 2004 Exam, Mr. Vesnaver provided documentation of his professional liability insurance coverage only for the period of July 2, 2013, through July 2, 2014. No additional documentation was provided.

8. During the 2004 Exam, Mr. Vesnaver testified that he had professional liability insurance prior to July 2, 2013, but as yet has provided no documents to support this claim.

9. Additionally, during the 2004 Exam, Mr. Vesnaver indicated he allowed his professional liability insurance coverage to lapse after July 2, 2014.

10. As such, Mr. Vesnaver has still not completely complied with this Court's prior orders.

11. Seventy-five (75) days have elapsed since August 19, 2016.

WHEREFORE, the Trustee respectfully moves this Court to issue a Judgment against Mr. Vesnaver in the amount of $7,500 (or whatever amount the Civil Contempt Fine has reached when the Judgment enters) in favor of the Trustee for the benefit of the Debtor's creditors. Further, the Trustee moves that the amount of said judgment shall continue to accrue at $100 per day until compliance is completed pursuant to the terms of the Order of Civil Contempt.

Additionally, the Trustee moves this Court that it allow him to assess his reasonable attorney's fees and costs in prosecuting this action against Mr. Vesnaver pursuant to Fed. R. Civ. P. 37(a)(5).

                                      RONALD I. CHORCHES
                                      TRUSTEE

By:    */s/ Ronald I. Chorches*
        Ronald I. Chorches, Trustee
        ct08720
        Law Offices of Ronald I. Chorches, LLC
        449 Silas Deane Hwy., 2d Floor
        Wethersfield, CT 06109
        (860) 563-3955
        FAX: (860) 513-1577
        eMail: ronaldchorches@sbcglobal.net

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

| | |
|---|---|
| IN RE: : | CHAPTER 7 |
| MIKA SIEKKELI : | CASE NO. 10-50844 (JAM) |
| Debtor : | |

### PROPOSED ORDER OF JUDGMENT

After due notice and a hearing on this Court's Order of Civil Contempt, held on October 25, 2016, this Court hereby renders **JUDGMENT** against Paul G. Vesnaver for his failure to comply with this Court's orders. The Judgment is assessed at $7,500 in favor of Ronald I. Chorches (the "Trustee"), the chapter 7 trustee for the estate of Mika Siekkeli (the "Debtor"). It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 37(a)(5), the Trustee shall be entitled to reasonable attorney's fees and costs in the amount of $2,552.50 pursuant to his affidavit of attorney's fees. It is further

**ORDERED** that this Judgment does not obviate Mr. Vesnaver's ongoing obligation to comply with this Court's prior orders, including the requirement to provide the Trustee with documentation of his professional liability insurance coverage during the pendency of his appointment as special counsel to the Debtor's estate. It is further

**ORDERED** that the Trustee is authorized to apply to this Court once every 90 days for a new judgment on the still-outstanding Civil Contempt Fine. And it is further

**ORDERED** that pursuant to Fed. R. Civ. P. 37(a)(5), the Trustee shall be entitled to any reasonable attorney's fees and costs he incurs in the enforcement of this Order, subject to the filing of an affidavit of reasonable attorney's fees.

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| MIKA SIEKKELI | : | CASE NO. 10-50844 (JAM) |
| Debtor | : | NOVEMBER 2, 2016 |

## NOTICE OF CONTESTED MATTER RESPONSE DATE

Ronald I. Chorches, Trustee (the "Movant") has filed an Amended Motion to Enforce Order or Civil Contempt (the "Contested Matter") with the U.S. Bankruptcy Court. Notice is hereby given that any response to the Contested Matter must be filed with the Court no later than November 23, 2016*. In the absence of a timely filed response, the proposed order in the Contested Matter *may* enter without further notice and hearing, *see* 11 U.S.C. §102(1).

                        RONALD I. CHORCHES
                        TRUSTEE

By:    */s/ Ronald I. Chorches*
        Ronald I. Chorches, Trustee
        ct08720
        Law Offices of Ronald I. Chorches, LLC
        449 Silas Deane Hwy., 2d Floor
        Wethersfield, CT  06109
        (860) 563-3955
        FAX:  (860) 513-1577
        eMail:  ronaldchorches@sbcglobal.net

---

*Pursuant to Federal Rule of Bankruptcy Procedure 9006(f), if service is made by mail, three days are added after the response date set in this notice.

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

| IN RE: | : | CHAPTER 7 |
| --- | --- | --- |
| MIKA SIEKKELI | : | CASE NO. 10-50844 (JAM) |
| Debtor | : | NOVEMBER 2, 2016 |

## CERTIFICATE OF SERVICE

This is to certify that on this 2nd day of November, 2016, true and accurate copies of the above Amended Motion to Enforce Order of Civil Contempt, Proposed Order of Judgment, Affidavit of Attorney Fees, and Notice of Contested Matter Response Date were served on all appearing parties via operation of the Court's CM/ECF System. This is to further certify that copies were served via first class mail, postage prepaid upon the following:

Paul G. Vesnaver
486 Sunrise Highway, Suite 103
Rockville Centre, NY  11570

/s/ *Ronald I. Chorches*
Ronald I. Chorches, Esq.