# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
December 15, 2016

In re:

Mika Siekkeli
Last four digits of Social–Security No or other Individual
Taxpayer–Identification No (ITIN): xxx–xx–2543
    Debtor

Case Number: 10–50844 jam
Chapter: 7

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a Hearing will be held at **915 Lafayette Blvd, Room 326, Bridgeport, CT 06604** on **February 7, 2017** at **10:00 AM** to consider and act upon the following matter(s):

> **Amended Motion for Enforce Order of Civil Contempt , Proposed Order Filed by Ronald Chorches on behalf of Ronald I. Chorches, Trustee (Re: Doc #74)**

**OBJECTION(S) DUE:** January 31, 2017 before 4:00 p.m.

**CERTIFICATE OF SERVICE DUE:** January 31, 2017 before 4:00 p.m. Failure to file by the due date may result in the hearing being marked off.

**NOTE:** If the Filer or the Filer's attorney does not participate in the above scheduled hearing, the court may enter an order denying the matter(s) identified above.

Dated: December 15, 2016

For the Court

*Myrna Atwater*

Myrna Atwater
Clerk of Court

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Tel. (203) 579–5808
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 112 – sr

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

### INSTRUCTIONS REGARDING THE ATTACHED NOTICE OF HEARING

**TO THE MOVING PARTY**

You are required to serve the attached Notice of Hearing along with these instructions in accordance with the Bankruptcy Rules.

You are required to file a Certificate of Service with the court indicating the names and physical address of each party served.

If you wish to request a continuance of the **initial hearing**, you must file a request for continuance of initial hearing (refer to court's website at www.ctb.uscourts.gov for the official form). Any subsequent requests for continuance require the filing of a Motion to Continue Hearing.

Myrna Atwater, Clerk of Court